IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TERRANCE BROWN, JR.,

    Plaintiff,

v.                                                                            Civil Action No. **3:18CV820**

MR. LEE, *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on March 18, 2019 the Court conditionally filed this civil action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address. On February 6, 2020, the Court directed Plaintiff to file a particularized complaint within fourteen (14) days of the date of entry thereof. On February 13, 2020, the United States Postal Service returned the February 6, 2020 Memorandum Order to the Court marked, "RETURN TO SENDER," because Plaintiff apparently relocated. Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                  /s/
                                                       M. Hannah Lauck
                                                      United States District Judge

Date: FEB 1 8 2020
Richmond, Virginia